# MINUTE SHEET

**UNITED STATES OF AMERICA**　　　　　　　　**Date:　　April 29, 2024**

vs.　　　　　　　　　　　　　　　　　　　　**Case No.: 24-03053-01-CR-S-MDH**

**RAY LEONARD MARPLE**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**　Waiver of Indictment – Initial Appearance on Information
　　　　　　　　　　　Plea to Information

**Time Commenced:**　10:52 a.m.　　　　　　　**Time Terminated:**　11:06 a.m.

---

## APPEARANCES

**Plaintiff's counsel:**　　Patrick Carney, AUSA
**Defendant's counsel:**　Joe Passanise, Retained
**USPPTS:**　　　　　　　Hannah Allhands

---

**Proceedings:**　Parties appear as indicated above, Defendant appears in person.

**The Court notes that Defendant has signed a Waiver of Indictment. Defendant advised of rights. The Court accepts the Waiver of Indictment and the Information is filed. The Court notes that Defendant has signed a plea bargain agreement and consent to proceed before the Magistrate Judge pursuant to Rule 11. Defendant advised of rights and pleads guilty to Counts One and Two of the Information and the Forfeiture Allegation.**

**Defendant duly sworn and questioned by the Court. Defendant states that he did, in fact, do the things contained in the signed written Plea Agreement. The Court finds an adequate factual basis for the plea of guilty and will recommend that it be accepted by the District court. PSI ordered.**

**Government is not seeking detention. Defendant has read and agrees to abide by the signed *Appearance Bond* and *Order Setting Conditions of Release*.**

**Defendant on bond.**

---

**Courtroom Deputy/ERO:   Karla Berziel**